ANTHONY J. ORSHANSKY (SBN 199364)
anthony@counselonegroup.com
P. BARTHOLOMEW QUINTANS (SBN 308085)
bart@counselonegroup.com
**COUNSELONE, PC**
9465 Wilshire Blvd., Suite 300
Beverly Hills, CA 90212
Telephone: (310) 277-9945
Facsimile: (424) 277-3727

Attorneys for Plaintiff STEPHEN PRINCE

**HBG LAW, P.C.**
HARRY B. GILL (SBN 296730)
harry.gill@hbglaw.com
65 Enterprise, 4th Floor
Aliso Viejo, CA 92656
Telephone: (949) 867-2100
Facsimile: (949) 867-2114

Attorneys for Defendant CHEEMA FREIGHTLINES LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN PRINCE, an individual, on behalf of himself, and on behalf of the State of California as a private attorney general, all others similarly situated, and the general public,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHEEMA FREIGHTLINES LLC, a California limited liability company, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-02907-DJC-AC<br><br>**STIPULATION TO REMAND REMOVED ACTION TO STATE COURT; ORDER** |

**STIPULATION TO REMAND**

Plaintiff Stephen Prince ("Plaintiff") and Defendant Cheema Freightlines LLC ("Defendant") (together, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on November 6, 2023, Plaintiff commenced this action on behalf of himself and similarly situated putative class of employees as a putative class action, as well as aggrieved employees under the California Private Attorneys General Act of 2004, Cal. Lab Code § 2698 *et seq.* in the Superior Court for the State of California for the County of San Joaquin, entitled *Prince v. Cheema Freightlines LLC*, bearing Case No. STK-CV-UOE-2023-11625;

WHEREAS, on December 13, 2023, Defendant removed this action to this Court;

WHEREAS, Plaintiff disputes whether Defendant's removal of this action under federal question jurisdiction was proper and whether the Court has subject matter jurisdiction over this action;

WHEREAS, the Parties believe that it would be proper for the action to be remanded to the Superior Court for the State of California for the County of San Joaquin for further proceedings. *See* 28 U.S.C. § 1447(c) ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded.").

THEREFORE, IT IS STIPULATED AND AGREED that this action be remanded to the Superior Court of the State of California for the County of San Joaquin, where the action was first filed.

///
///
///
///
///
///
///
///
///

| | |
|---|---|
| Dated: March 25, 2025 | **COUNSELONE, P.C.** |
| | By: /s/ Anthony J. Orshansky |
| | Anthony J. Orshansky |
| | P. Bartholomew Quintans |
| | Attorneys for Plaintiff |
| Dated: March 25, 2025 | **HBG LAW, P.C.** |
| | By: /s/ Harry B. Gill [authorized on 3/25/25] |
| | Harry B. Gill |
| | Attorneys for Defendant |

**ORDER**

The Court approves the Parties' Stipulation to Remand Removed Action to State Court, and therefore REMANDS this action to the Superior Court of the State of California for the County of San Joaquin. The Clerk of Court shall close this case and serve a copy of this order on the Superior Court of the State of California for the County of San Joaquin.

**IT IS SO ORDERED.**

Dated: March 25, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE